# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00438-CR

**Paul Davila, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-07-302771, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Paul Davila seeks to appeal a judgment of conviction for assault with family violence. The trial court has certified that: (1) this is a plea bargain case and Davila has no right of appeal, and (2) Davila waived the right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   August 21, 2008

Do Not Publish